■ In the Matter of the Estate of CLARA NEVAI, Deceased. ANNA M. SOMOGYI, Appellant; ELI B. FINE et al., Respondents. [812 NYS2d 363]—

In a proceeding pursuant to SCPA article 16 to admit the will of Clara Nevai to original probate, the petitioner, Anna M. Somogyi, appeals from an amended order of the Surrogate's Court, Westchester County (Scarpino, S.), dated February 8, 2005, which denied the petition and, in effect, dismissed the proceeding.

Ordered that the amended order is affirmed, with costs.

It is within the discretion of the Surrogate to determine whether to admit to original probate in New York the will of a nondomiciliary (*see* SCPA 1605 [1]; *Matter of Heller-Baghero,* 26 NY2d 337, 341-343 [1970]; *Matter of Nelson,* 125 Misc 2d 451, 454 [1984]), even when that will has been admitted to probate in another jurisdiction (*see* SCPA 1605 [2]). Miller, J.P., Ritter, Spolzino and Dillon, JJ., concur. [*See* 7 Misc 3d 188 (2005).]